## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02059-RPM-CBS

**ALICIA GILTINAN,**

    **Plaintiff,**

**v.**

**PACIFIC LIFE INSURANCE COMPANY, a Nebraska corporation,**

    **Defendant.**

_____

## ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER TO EXTEND EXPERT DEADLINES
_____

Upon consideration of the Stipulated Motion to Amend Scheduling Order to Extend Expert Deadlines [16], filed on April 7, 2009, it is

ORDERED that the deadline to designate experts will be no later than June 20, 2009. Rebuttal experts will be due no later than July 20, 2009. The expert discovery cutoff will be September 20, 2009.

Dated this 7th day of April, 2009.

                              **BY THE COURT:**

                              **s/Richard P. Matsch**
                              _____
                              Richard P. Matsch, Senior District Judge