**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 08-CV-02059-RPM-CBS**

**ALICIA GILTINAN,**

 **Plaintiff,**

**v.**

**PACIFIC LIFE INSURANCE COMPANY, a Nebraska corporation,**

 **Defendant.**

_____

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER TO
EXTEND DISCOVERY CUTOFF, EXPERT DEADLINES,
AND DISPOSITIVE MOTION DEADLINE**
_____

  Upon consideration of the Joint Motion to Amend Scheduling Order to Extend Discovery Cutoff, Expert Deadlines, and Dispositive Motion Deadline [20], it is

  ORDERED that the fact discovery cutoff will be July 23, 2009. The deadline to designate experts will be July 23, 2009. Rebuttal experts will be due no later than August 24, 2009. The expert discovery cutoff will be October 23, 2009. The deadline to submit dispositive motions will be August 28, 2009.

  Dated this 2nd day of June, 2009.

        **BY THE COURT:**


        **s/Richard P. Matsch**
        _____
        Richard P. Matsch, Senior District Judge