IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02059-RPM

ALICIA GILTINAN,

    Plaintiff,

v.

PACIFIC LIFE INSURANCE COMPANY,

    Defendant.

___

ORDER FOR DISMISSAL
___

    Pursuant to the Stipulation of Dismissal with Prejudice [22], filed on June 30, 2009, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

    Dated: July 1st, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge